UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.

    Plaintiff,

    .v.

HI POCKETS INC.,
d/b/a HI POCKETS BILLIARD CLUB
and MARCO P. MACALUSO

    Defendants,
-----------------------------------------------------------X

Civil Action No.

RULE 7.1 STATEMENT

**07 CIV. 4710 BRIEANT**

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for  Garden City Boxing Club, Inc.  (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date:  6/1/07

Signature of Attorney

Attorney Bar Code: PJH9510

Form Rule7_1.pdf