```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK           Case No. 07-CV-4710
_____
GARDEN CITY BOXING CLUB, INC.
         Plaintiff

         against

HI POCKETS, INC.
d/b/a HI POCKETS BILLIARD CLUB
and MARCO P. MACALUSO                   NOTICE OF DISCONTINUANCE

         Defendant
_____
```

**PLEASE TAKE NOTICE**, that the parties in the above entitled action through their attorneys, do hereby discontinue this matter against, **MARCO P. MACALUSO only** without prejudice and without costs to either party as against the other.  This notice may be filed without further notice with the Clerk of the Court.

**It is further Stipulated and Agreed**, that a facsimile copy shall be accepted as an original.

Dated: <u>June 25, 2007</u>

                                      /s/ Paul J. Hooten
                                      Paul J. Hooten, Esq.
                                      Attorney for Plaintiff
                                      5505 Nesconset Highway
                                      Mt. Sinai, NY  11766
                                      (631) 331-0547

Dated: 6/25/07              /s/ William I. Aronwald
                                      William I. Aronwald, Esq.
                                      Attorney for Defendant
                                      Hi Pockets, Inc.
                                      81 Main Street, Suite 450
                                      White Plains, NY 10601

**SO ORDERED**: New York, NY
                          , 2007

_____
Charles L. Brieant
United Stated District Court Judge

Case 7:07-cv-04710-CLB    Document 4    Filed 06/25/2007    Page 2 of 2