UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GARDEN CITY BOXING CLUB, INC.
                Plaintiff,                Index # 07-CV-4710

   -against-

                                               **CERTIFICATE OF SERVICE**

HI POCKETS, INC.
d/b/a HI POCKETS BILLIARD CLUB
and MARCO P. MACALUSO
                Defendants,
_____

      I certify that a copy of the Order for Court Conference and Civil Case Discovery Plan and Scheduling Order was sent via the U.S. Postal Service within the State of New York, First Class Mail addressed to the following on July 2, 2007:

To:    Hi Pockets Inc.
        d/b/a Hi Pockets Billiard Club
        214 Central Ave.
        White Plains, NY 10606


                        By:    /s/ Lucille Eichler
                               Lucille Eichler
                               Paul J. Hooten & Associates
                               5505 Nesconset Highway, Suite 203
                               Mt. Sinai, NY 11766