UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK         Case No. 07-CV-4710
————————————————————
GARDEN CITY BOXING CLUB, INC.
         Plaintiff

         against

HI POCKETS, INC.
d/b/a HI POCKETS BILLIARD CLUB         PARTIAL
and MARCO P. MACALUSO                  NOTICE OF DISCONTINUANCE
                                        & Order
         Defendant
————————————————————

   PLEASE TAKE NOTICE, that the parties in the above entitled action through their attorneys, do hereby discontinue this matter against, **MARCO P. MACALUSO only** without prejudice and without costs to either party as against the other. This notice may be filed without further notice with the Clerk of the Court.

   It is **further Stipulated and Agreed**, that a facsimile copy shall be accepted as an original.

Dated: June 25, 2007

                                        _____
                                        Paul J. Hooten, Esq.
                                        Attorney for Plaintiff
                                        5505 Nesconset Highway
                                        Mt. Sinai, NY 11766
                                        (631) 331-0547

Dated: 6/25/07
                                        _____
                                        William I. Aronwald, Esq.
                                        Attorney for Defendant
                                        Hi Pockets, Inc.
                                        81 Main Street, Suite 450
              White Plains               White Plains, NY 10601
SO ORDERED: New York, NY
            July 9, 2007

_____         July 9, 2007
Charles L. Brieant
United States District Court Judge