UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.

                              Plaintiff                    CIVIL NO. CV 4710/07

  -AGAINST-

HI POCKETS, INC.,
d/b/a HI POCKETS BILLIARD CLUB
and MARCO P. MACALUSO                    **DEFAULT JUDGMENT**

                              Defendant
-----------------------------------------------------X

      This action having been commenced on June 4, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Hi Pockets, Inc., d/b/a Hi Pockets Billiard Club on June 15, 2007, and a proof of service having been filed on June 24, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired.  The Clerk of the Court has also been noted, it is

      ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant, Hi Pockets, Inc. d/b/a Hi Pockets Billiard Club in the amount of $20,000.00 with interest at 9% from June 5, 2004, amounting to $5,925.00; plus costs and disbursements of this action in the amount of $470.00, amounting in all to $26,395.00.

Dated:  White Plains, New York

      _____

                                                  _____
                                                  Raul Cruz
                                                  Civil Court Judge

                                                  This document was entered on the docket
                                                  on _____