IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GARDEN CITY BOXING CLUB, INC.

Plaintiff,

v.

HI POCKETS INC.
d/b/a HI POCKETS BILLIARD CLUB
and MARCO P. MACALUSO

Defendants,

---

Civil Action No. 07-CV-04710

STATEMENT FOR INQUEST AND ATTORNEY'S AFFIDAVIT OF COSTS AND FEES

**MEMO ENDORSED**

*[Handwritten margin note: The Clerk shall file a final judgment for the amount forth on page 2 hereof. Reference hearing held September 21, 2007. Application granted. SO ORDERED. Charles Brieant USDJ October 2, 2007]*

STATE OF NEW YORK   )
                    ) ss.;
COUNTY OF SUFFOLK   )

Paul J. Hooten, being duly sworn deposes and says:

1. That I am the attorney for Plaintiff, Garden City Boxing Club, Inc., in the above referenced matter and I am admitted to practice in this Court. I am fully familiar with all the facts, circumstances and proceedings heretofore had herein.

2. I make this attorney affidavit in support of Plaintiff's motion for default judgment and damages, costs and fees.

3. Plaintiff's litigation expenses as associated with the formation, pleading and filing of the above captioned matter are outlined below:

   a. Filing Fees - $350.00

   b. Service of Process - $120.00

Total Litigation Expenses - $1,170.00

5. This action seeks judgment in the amount of $20,000, plus interest at 9% from June 5, 2004, amounting to $5,700.00, plus costs and disbursements of this action in the amount of $470.00 amounting in all to $26,395.00

WHEREFORE, plaintiff requests the entry of a Default and the entry of Judgment against the defendants.

BY: _____
Paul J. Hooten & Associates (PJH9510)
Attorney for Plaintiff
5505 Nesconset Hwy., Suite 203
Mt. Sinai, New York 11766
(631)331-0547

Sworn to before me this
___ day of _____, 2007
_____
Cheryl E. Lorefice
Notary Public, State of New York
No. 4999823
Qualified in Suffolk County
Commission Expires August 3rd, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------
GARDEN CITY BOXING CLUB, INC.         Civil Action No. 07-CV-04710

       Plaintiff,

v.
                                         **STATEMENT OF DAMAGES**

*against Hi Pockets, Inc.*

HI POCKETS INC.
d/b/a HI POCKETS BILLIARD CLUB     *d/b/a HI-Pockets Billiard*
and ~~MARCO P. MACALUSO~~            *Club*

       Defendants,
-----------------------------------------------------


| | |
|---|---:|
| Amount of judgment.......................................................................... | $20,000.00 |
| Interest at 9% from June 5, 2004 through September, 2007....... | $ 5,700.00 |
| Costs and Disbursements: | |
| Clerk's fee........................................................................................ | $350.00 |
| Process Server fee for service.......................................................... | $120.00 |
| Total as of September 25, 2007....................................................... | $26,395.00 |

3