

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**GARDEN CITY BOXING CLUB, INC.,**

             **Plaintiff,**

    **-against-**

**HI POCKETS, INC. d/b/a HI POCKETS BILLIARD
CLUB and MARCO P. MACALUSO,**

             **Defendants.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**7:07 CV 04710 (CLB)
JUDGMENT**

      Whereas the above entitled action having been assigned to the Honorable
Charles L. Brieant, U.S.D.J., and the Court thereafter on October 2, 2007, having
handed down an endorsed memo (docket #12), granting the application, Plaintiff
Garden City Boxing Club, Inc. is awarded $20,000.00 for judgment, $5,700.00 for
interest, $350.00 for filing fee, and $120.00 for process server fee for a total amount of
$26,395.00 against Defendant Hi Pockets, Inc. d/b/a Hi Pockets Billiard Club, it is,

      **ORDERED, ADJUDGED AND DECREED:** That the application is granted
and Plaintiff Garden City Boxing Club, Inc. is awarded $20,000.00 for judgment,
$5,700.00 for interest, $350.00 for filing fee, and $120.00 for process server fee for a
total amount of $26,395.00 against Defendant Hi Pockets, Inc. d/b/a Hi Pockets Billiard
Club, the case is hereby closed.

**DATED: White Plains, N.Y.
          October 4, 2007**

_J. Michael McMahon_
**J. Michael McMahon
Clerk of the Court**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

DOCKETED AS
A JUDGMENT
ON